EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, *v.* ALLEGI & LORING, INC., et al., Defendants, and THE MOUNT VERNON TRUST COMPANY, Appellant.

(Argued April 16, 1934; decided April 27, 1934.)

*Clinton T. Taylor* and *James D. Hopkins* for appellant.

*Carl J. Austrian, Arthur Ofner, Warren C. Fielding* and *Edward V. Mallon* for The Bank of United States, *amicus curiæ.*

*Francis M. Fallon* for respondent.

Order of the Appellate Division and that of the Special Term reversed, with costs in all courts, and motion denied, with ten dollars costs, on the authority of *Matter of Holden* (264 N. Y. 215); *Emigrant Industrial Sav. Bank v. Scott's Bridge Realty Co.* (264 N. Y. 1); *Matter of Times Square Trust Co.* (264 N. Y. 8); *Matter of Egan* (258 N. Y. 334); *Matter of Bank of United States (Moore)* (261 N. Y. 645). Question certified answered in the negative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.